triable issue as to whether there is a custom with respect to when a Christmas bonus is deemed earned. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [181 Misc. 46.] [See 269 App. Div. 664.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HUDSON & MANHATTAN RAILROAD COMPANY, Respondent-Appellant, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants-Respondents.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See 269 App. Div. 664.]

EDITH BOYCE, Respondent, v. 228TH & CARPENTER AVE. HOLDING CO., INC., Appellant.— Judgment reversed, with costs, and the complaint dismissed, with costs to the appellant, upon the ground that the plaintiff failed to plead or prove any actionable negligence on the part of the defendant. (*Flanagan* v. *Rosoff*, 260 App. Div. 776; *Spagat* v. *Regency Park, Inc.*, 263 App. Div. 619.) Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer and Dore, JJ., dissent and vote to affirm. [See 269 App. Div. 690.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 50 PARK AVENUE CORP., Respondent-Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents.— Final order affirmed, without costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reinstate the assessments.

MARTHE GAYNOR et al., Appellants, v. JAMES A. HEARN & SON, INC., et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HARRY GINSBERG, Respondent, v. ROWLEY W. PHILLIPS, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER PIRO and ADOLPH TENEBRUSO, Appellants.— Judgments unanimously reversed, the informations dismissed and the defendants discharged from custody on the ground that the evidence failed to establish the guilt of the defendants beyond a reasonable doubt. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JOHN F. HAMJE, Appellant, v. CITY OF NEW YORK, Respondent.— Plaintiff made out a prima facie case. The judgment dismissing the complaint at close of plaintiff's case should be reversed and a new trial ordered. Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

FRENCH AMERICAN FUR CORPORATION, Respondent, v. EURASIA IMPORT CO., INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

FRENCH AMERICAN FUR CORPORATION, Appellant, v. EURASIA IMPORT CO., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

WILLIAM A. WHITE & SONS, Respondent, v. HOTELS STATLER CO., INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.